# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: July 26, 2006)

THE HARVER COMPANY, an Oregon Corporation

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion of the United States to Compel Discovery, filed electronically July 10, 2006. In the interest of identifying and resolving outstanding issues that may impede progress in maintaining the discovery schedule set out in the court's Order of April 27, 2006, the parties were contacted by the court and agreed to the desirability of scheduling a status conference. A telephonic status conference shall be held with the parties on Wednesday, August 2, 2006 at 2:00 p.m. EDT. The parties are requested to call into the court at that time.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge