# In the United States Court of Federal Claims

No. 05-1022 T
(E-Filed: August 2, 2006)

| | |
|---|---|
| THE HARVER COMPANY, an Oregon Corp. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

A telephonic status conference (TSC) was held on August 2, 2006 to review defendant's Motion to Compel (Motion) and plaintiff's failure to respond to same within the mandated time period. Plaintiff maintained that he was unaware of any outstanding motion or of any disagreement between the parties regarding discovery. The email address provided by plaintiff is the same as that registered with the court's electronic case filing (ECF) system and would have been used for automatic delivery of all electronic filings in this case following its conversion to electronic format. The court reminded plaintiff that it is the parties' obligation to maintain contact with the court and urged plaintiff to resolve the matter without delay.

Based on the representations contained therein, and in light of plaintiff's failure to oppose defendant's Motion in a timely manner, the court GRANTS defendant's Motion. Plaintiff will provide to defendant all available address and other contact information on the employees at issue, making use of employer and other sources of information, by or before August 15, 2006. The employee information obtained shall be made available to defendant on a rolling basis in the interest of expediting discovery.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge