# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: November 1, 2006)

| | |
|---|---|
| THE HARVER COMPANY, an Oregon Corporation | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference held on November 1, 2006, plaintiff shall submit to defendant, by either facsimile or e-mail, an offer of settlement by the close of business on November 22, 2006. Pending settlement, the court shall defer pre-trial scheduling and briefing. A telephonic status conference will be held with the parties on Thursday, December 21, 2006 at 12:00 p.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge