# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: December 21, 2006)

| | |
|---|---|
| THE HARVER COMPANY, an Oregon Corporation | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference held on December 21, 2006, plaintiff will submit to defendant, by facsimile and e-mail, on or before Monday, January 8, 2007 additional information to support a settlement offer. Defendant will forward the settlement package to the Internal Revenue Service (IRS) for review on or before Friday, January 12, 2007. Defendant will advise the IRS of the February 20, 2007 status conference with the court. The court will hold an informal telephonic status conference with the parties on Tuesday, February 20, 2007 at 12:00 noon EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge