# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: February 21, 2007)

| | |
|---|---|
| THE HARVER COMPANY, an Oregon Corporation | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Telephonic Status Conference (TSC) held on February 20, 2007, the parties will file a Joint Status Report on Tuesday, March 13, 2007, describing what has been done and what remains to be done to conclude settlement. The court will hold an informal Telephonic Status Conference with the parties at noon on Tuesday, May 1, 2007, if the case has not then been dismissed. Defendant's counsel will initiate the call. The court may be contacted at 202-357-6568.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge