IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05–1022 T
Honorable Emily C. Hewitt

THE HARVER COMPANY, An Oregon Corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report, pursuant to the Court's order, dated February 21, 2007.

Plaintiff submitted an offer to compromise this case on January 23, 2007. Upon receiving the offer, defendant computed the amount of overpayment that it believes would be due to plaintiff under its offer and submitted the calculations to plaintiff's counsel. Plaintiff will complete its review of the computations by March 27, 2007. Accordingly, the parties propose that they file another joint status report on March 27, 2007, to inform the Court of the settlement status of this case.

The parties do not know of any other information of which the Court should be aware at this time.

Respectfully submitted,

s/Steven M. Cyr
STEVEN M. CYR
Cyr & McNichols
4850 SW Scholls Ferry Rd., Ste. 305
Portland, Oregon 97225

March 13, 2007

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

March 13, 2007