# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: March 13, 2007)

| | |
|---|---|
| THE HARVER COMPANY, an Oregon Corporation | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the parties' Joint Status Report (JSR) filed on March 13, 2007, the parties shall file another JSR on or before Tuesday, March 27, 2007, describing the status of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge