IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05–1022 T
Honorable Emily C. Hewitt

THE HARVER COMPANY, An Oregon Corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties have reached a basis for the settlement of this case. Defendant has instructed the Internal Revenue Service to process overpayments of withholding and employment tax according to the settlement agreement. This process generally requires six to

eight weeks. Once the overpayments are processed, the parties will file a motion for voluntary dismissal with prejudice, pursuant to Rule 41(a).

Respectfully submitted,

s/Steven M. Cyr
STEVEN M. CYR
Cyr & McNichols
4850 SW Scholls Ferry Rd., Ste. 305
Portland, Oregon 97225

March 27, 2007

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

March 27, 2007