# In the United States Court of Federal Claims

No. 05-1022 T

(E-Filed: March 29, 2007)

THE HARVER COMPANY, an Oregon Corporation

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the parties' Joint Status Report (JSR) filed on March 27, 2007, the parties shall file another JSR on or before Tuesday, May 22, 2007, if the case has not by then been dismissed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge