IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05–1022 T
Honorable Emily C. Hewitt

THE HARVER COMPANY, An Oregon Corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs,

including any possible attorney's fees or other expenses of this litigation.

Respectfully submitted,

STEVEN M. CYR
Attorney of Record
Cyr & McNichols
4850 SW Scholls Ferry Rd, Ste. 305
Portland, Oregon 97225
(503) 297-7330

3-29-07
Date

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

Of Counsel

2/27/2007
Date